Joshua W. Potter, SBN: 101253
**POTTER, COHEN & SAMULON**
3852 East Colorado Blvd.
Pasadena, CA 91107
Telephone: (626) 795-0681
Facsimile: (626) 795-0725

Attorney for Plaintiff, EDNA E. PARKER

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDNA E. PARKER,<br><br>    Plaintiff,<br>vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security Administration,<br><br>    Defendant. | Case No.: CV 08-4351 PJW<br><br>**ORDER OF UNITED STATES MAGISTRATE JUDGE RE ATTORNEY FEES UNDER EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. 2412** |

Defendant is ordered to pay to plaintiff's counsel of record, as Plaintiff's assignee, the total amount of THREE THOUSAND, TWO HUNDRED DOLLARS and NO CENTS ($3,200.00) representing payment of all plaintiff's claims for attorney's fees and costs in connection with this action pursuant to the Equal Access to Justice Act, in accordance with 28 U.S.C. § 2412(d).

DATED: 9/17/09                         _Patrick J. Walsh_
                                                PATRICK J. WALSH
                                                UNITED STATES MAGISTRATE JUDGE